IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| TASHA HECK, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 3:23-cv-29-MPB-MJD |
| | ) |
| SHERIFF SHERRI HEICHELBECH; | ) |
| SPENCER COUNTY SHERRIFF | ) |
| DEPARTMENT, ET AL. | ) |
| | ) |
|     Defendants. | ) |

## ORDER OF DISMISSAL

Come the parties, by counsel, and having reached an agreement to resolve all claims in this action, and the Court being otherwise sufficiently advised: IT IS HEREBY ORDERED that all claims asserted herein are DISMISSED with prejudice, with each party to bear their own costs and attorney's fees. This is a final and appealable Order and there is no just cause for delay.

Dated: August 4, 2023

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.